United States District Court
Southern District of Texas
(5/00)) FILED
OCT 2 6 2005
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
OCT 2 8 2005
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Elpidio Galvan-Leos<br>AKA: Juan Galvan-Leos | Case Number:  5:03CR00991-001 |
| Name of Sentencing Judge: | The Honorable George P. Kazen | |
| Date of Original Sentence: | March 24, 2004 . | |
| Original Offense: | Re-entry of a deported alien. 8 U.S.C. § 1326 (b)(1)and 6 U.S.C. §§ 202 and 557. | |
| Original Sentence: | Twenty-one (21) months imprisonment, three (3) years supervised release, $100 special assessment and special condition ordering defendant not to return to the U.S. illegally. | |
| Type of Supervision: | Supervised Release | Supervision Started: 06/20/2005 |
| Assistant U.S. Attorney: | Scott Hacker | Defense Attorney: Myrna G. Montemayor, AFPD |

### EARLIER COURT ACTION

None

### PETITIONING THE COURT

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | New Law Violation: Re-entry of a deported alien (felony) |
| 2 | Violation of special condition ordering defendant not to return to the U.S. illegally. |

Details: On or about September 21, 2005, in the Southern District of Texas and within the jurisdiction of the Court, the defendant, an alien who has previously been removed or has departed the United States while an order of removal is outstanding was thereafter found in the United States near Laredo, Texas, the said defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter) for re-application by the said Defendant for admission into the United States. The defendant was charged with re-entry of a deported alien after U.S. Border Patrol determined that he had previously been convicted for the same offense in U.S. District Court on or about March 24, 2004, under case number 5:03CR00991-001. He is charged in what is now referred to as case number 5:05CR02322-001.

Elpidio Galvan-Leos      5:03CR00991-001

U.S. Probation Officer Recommendation:

That a warrant be issued and no bond set. Furthermore, that the issue of supervised release violation be addressed at the time of disposition in what is now referred to as case number 5:05CR02322-001.

[X]   The term of supervised release should be
      [X]   revoked.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

*Peter Medellin*
Peter Medellin, Supervising
U.S. Probation Officer

Respectfully submitted:

by *Nora E. Estrada*
Nora E. Estrada /EC
U.S. Probation Officer
October 24, 2005

---

THE COURT ORDERS:

[X]   That a warrant be issued and no bond set. Furthermore, that the issue of supervised release violation be addressed at the time of disposition in what is now referred to as case number 5:05CR02322-001.

[ ]   Other _____

U.S. MARSHAL'S OFFICE
BY: _____ DUSM
DATE: 10/28/05
TIME: 1431 HRS

*Honorable George P. Kazen*
Honorable George P. Kazen
U.S. District Judge

10/26/05
Date